UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUINETTE R. HARRISON,

                Plaintiff,

-against-

DR. DOUGLAS KANER, *et al.*,

                Defendants.

23-CV-944 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff filed this *pro se* complaint on February 3, 2023. By order dated April 17, 2023, the Court directed Plaintiff to file an amended complaint. On June 13, 2023, Plaintiff submitted a letter requesting an extension of time to file the amended complaint. Plaintiff's request is granted. Plaintiff is directed to file an amended complaint within 60 days of the date of this order. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim upon which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      SO ORDERED.

Dated:  June 15, 2023
           New York, New York

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                         Chief United States District Judge