```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRISON,

                    Plaintiff,

-v.-

KANER et al,

                    Defendants.

23 Civ. 0944 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      To date, no counsel has appeared on behalf of Defendant Denefits LLC. Defendant is a corporate entity, and such entities "may appear in federal court only through a licensed attorney." *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (holding that corporate entities such as LLCs "must appear through licensed counsel"); *see also Beyond Bespoke Tailors, Inc. v. Barchiesi*, No. 20-CV-5482 (VSB), 2021 WL 10396899, at *1 (S.D.N.Y. Dec. 22, 2021) ("[w]hile [the individual defendant] may proceed *pro se*, business entities such as [Defendant LLCs] may not"). Thus, Defendant cannot proceed *pro se* and is subject to default. Defendant shall file a notice of appearance via counsel by **November 22, 2024**. Failure to do so may result in the entry of a default judgment against Defendant.

      SO ORDERED.

Dated: October 23, 2024
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge